

**EDWARD A. FRIEDMAN**
efriedman@fklaw.com
212.833.1102

February 22, 2022

**BY EMAIL & ECF**

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

     Re:  *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
        Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
        <u>19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)</u>

Dear Judge Preska:

     We write on behalf of plaintiffs ("Plaintiffs") in the above-referenced actions.
During the February 15, 2022 conference, the Court directed the parties to confer and submit
a proposed amendment of the pre-trial schedule.  Unfortunately, the parties have not been
able to reach agreement, and have agreed to submit to the Court their respective final
proposals that were exchanged today.  Exhibit A sets forth the current dates per the Court's
April 26, 2021 Order, and the parties' respective proposals to amend those dates.

     The Republic contends that it needs nearly three more months (from today) to
complete document production.  Plaintiffs believe this extension is excessive, but are
prepared to be accommodating and are proposing a date just two weeks earlier than the
Republic's date.  Plaintiffs have two major concerns, however.  First, the Republic is
proposing a four-month extension of the date for completing fact depositions, when three
months is more than sufficient.  Second, the Republic is refusing to accept any shortening of
the intervals for expert rebuttal and reply reports and the completion of expert discovery—
which, per Plaintiffs' proposal, would enable the parties to maintain the September 30, 2022
end date for all discovery.  Ultimately, the Republic seeks to extend the completion of
discovery by over two and half months, which is unwarranted and unfairly penalizes
Plaintiffs.  Especially with the long extension requested by the Republic for document
production, the parties will have ample time to prepare for and complete all fact and expert
discovery and advance these actions towards trial.

Hon. Loretta A. Preska        - 2 -        February 22, 2022

Respectfully submitted,


*s/ Edward A. Friedman*
Edward A. Friedman

Enclosure

cc:      Chambers (by email)
        All counsel of record in the GDP Actions (by ECF and email)

Hon. Loretta A. Preska                    - 3 -                    February 22, 2022

**Exhibit A**

| Event (exactly as described in Court Order dated 04/26/2021) | Current Schedule (per Court Order dated 04/26/2021) | Republic's Proposal | Plaintiffs' Proposal |
|---|---|---|---|
| Parties to complete document discovery by: | 12/15/2021 | 05/13/2022 | 04/29/2022 |
| Parties to complete fact witness depositions by: | 3/31/2022 | 07/29/2022 | 06/30/2022 |
| Parties to serve Requests for Admission by: | 3/31/2022 | 06/29/2022 | 05/31/2022 |
| Completion of fact discovery by: | 4/29/2022 | 07/29/2022 | 06/30/2022 |
| Parties to designate expert witnesses and serve Rule 26(a)(2) disclosures by: | 6/15/2022 | 08/17/2022 | 07/15/2022 |
| Parties to designate rebuttal experts and serve Rule 26(a)(2) disclosures by: | 7/29/2022 | 09/30/2022 | 08/19/2022 |
| Parties to serve expert reply reports by: | 8/31/2022 | 10/31/2022 | 09/09/2022 |
| Completion of expert discovery by: | 9/30/2022 | 12/16/2022 | 09/30/2022 |