

August 30, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

        Re:    *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
                 Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
                 19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

        We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

        The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for Thursday September 1, 2022, at 11 a.m. (scheduled per 19-cv-351 Dkt. No. 109). At present, there are no disputes that are ripe for resolution by the Court. Discovery is proceeding according to the schedule set by the Court's August 22, 2022 Scheduling Order (19-cv-351 Dkt. No. 114).

        If acceptable to the Court, the parties propose that the Court adjourn the September 1 status conference, for approximately 30 days, to a date and time that would be convenient for the Court.

*The conference is adjourned to October 3, 2022 at 10:00 am.*

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

8/31/22