

September 30, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

```
The telephonic status
conference is adjourned to
November 17, 2022, at 12:00
p.m.

SO ORDERED.
                Loretta A. Preska
                9/30/2022
```

Re:   *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*, Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for Monday, October 3, 2022, at 10 a.m. (scheduled per 19-cv-351, Dkt. No. 116). At this time, there are no issues that the parties wish to raise with the Court. The parties are conducting discovery according to the schedule set by the Court's August 22, 2022 Scheduling Order (19-cv-351, Dkt. No. 114).

If acceptable to the Court, the parties propose that the Court adjourn the October 3 status conference, for approximately 30 days, to a date and time that would be convenient for the Court.

Respectfully submitted,

__*s/ Edward A. Friedman*__
Edward A. Friedman
FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
7 Times Square
New York, NY  10036-6516
(212) 833-1100

*Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

__*s/ Amanda Flug Davidoff*__
Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
(202) 956-7500

*Counsel for Defendant The Republic of Argentina*

Hon. Loretta A. Preska - 2 - September 30, 2022

|  |  |
|---|---|
|   *s/ Matthew S. Salerno* |   *s/ Evan A. Kubota* |
| Christopher J. Clark | Javier Bleichmar |
| Matthew S. Salerno | Evan A. Kubota |
| Ryan Schachne | BLEICHMAR FONTI & AULD LLP |
| LATHAM & WATKINS LLP | 7 Times Square, 27th Floor |
| 1271 Avenue of the Americas | New York, New York 10036 |
| New York, New York 10020 | (212) 789-1341 |
| (212) 906-1200 | |
| | *Counsel for Plaintiff Novoriver S.A.* |
| *Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation* | |

  *s/ Matthew M. Riccardi*
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
Rebecca Salk
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 530-1800

*Counsel for Plaintiff 683 Capital Partners, LP*


cc: All counsel of record (by ECF)