

November 15, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

      Re:    *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
               Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
               19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

      We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

      The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for Thursday, November 17, 2022, at 12 p.m. (scheduled per 19-cv-351, Dkt. No. 118). At this time, there are no issues that the parties wish to raise with the Court. The parties are conducting discovery according to the schedule set by the Court's August 22, 2022 Scheduling Order (19-cv-351, Dkt. No. 114).

      If acceptable to the Court, the parties propose that the Court adjourn the November 17 status conference, for approximately 30 days, to a date and time that would be convenient for the Court.

*[Handwritten: January 5, 2023 to via telephone. (877)402-9753; Access Code: 6545179]*

                                  Respectfully submitted,

| | |
|---|---|
| *s/ Edward A. Friedman* | *s/ Amanda Flug Davidoff* |
| Edward A. Friedman | Amanda Flug Davidoff |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | SULLIVAN & CROMWELL LLP |
| 7 Times Square | 1700 New York Avenue, N.W. Suite 700 |
| New York, NY 10036-6516 | Washington, D.C. 20006-5215 |
| (212) 833-1100 | (202) 956-7500 |
| | |
| *Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.* | *Counsel for Defendant The Republic of Argentina* |

SO ORDERED
11/16/22
*[Signature]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Hon. Loretta A. Preska　　　　　　　　　　- 2 -　　　　　　　　　　November 15, 2022

_s/ Matthew S. Salerno_
Christopher J. Clark
Matthew S. Salerno
Ryan Schachne
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

_Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation_

_s/ Matthew M. Riccardi_
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
Rebecca Salk
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 530-1800

_Counsel for Plaintiff 683 Capital Partners, LP_

_s/ Evan A. Kubota_
Javier Bleichmar
Evan A. Kubota
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York 10036
(212) 789-1341

_Counsel for Plaintiff Novoriver S.A._

cc:　　All counsel of record (by ECF)