

January 26, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

        Re:    *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*, Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

        We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

        The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for February 1, 2023, at 9:30 a.m. (scheduled per 19-cv-351, Dkt. No. 122). The parties completed expert discovery on January 24, 2023, and are discussing case scheduling, which they anticipate will result in a stipulated proposed schedule to be presented to the Court.

        If acceptable to the Court, the parties propose that the Court adjourn the February 1 status conference, for approximately three weeks, to a date and time that would be convenient for the Court.

        Respectfully submitted,

  *s/ Edward A. Friedman*                    *s/ Amanda Flug Davidoff*
Edward A. Friedman                        Amanda Flug Davidoff
FRIEDMAN KAPLAN SEILER &        SULLIVAN & CROMWELL LLP
   ADELMAN LLP                         1700 New York Avenue, N.W. Suite 700
7 Times Square                             Washington, D.C. 20006-5215
New York, NY 10036-6516           (202) 956-7500
(212) 833-1100

*Counsel for Plaintiffs Aurelius Capital*    *Counsel for Defendant The Republic of*
*Master, Ltd. and ACP Master, Ltd.*       *Argentina*

Hon. Loretta A. Preska — - 2 - — January 26, 2023

_s/ Matthew S. Salerno_
Christopher J. Clark
Matthew S. Salerno
Ryan Schachne
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

_Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation_

_s/ Matthew M. Riccardi_
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 530-1800

_Counsel for Plaintiff 683 Capital Partners, LP_

_s/ Evan A. Kubota_
Javier Bleichmar
Evan A. Kubota
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York 10036
(212) 789-1341

_Counsel for Plaintiff Novoriver S.A._

cc:    All counsel of record (by ECF)

The status conference currently scheduled for February 1, 2023 is adjourned to February 22, 2023 at 10:00 a.m. via telephone: (877)402-9753; Access Code: 6545179.

SO ORDERED.

_Loretta A. Preska_
1/27/2023